January 12, 2009

Mr. John Steven Mostyn
The Mostyn Law Firm
200 Westcott
Houston, TX 77007
Ms. April F. Robbins
Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

RE: Case Number: 08-0899
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE STANDARD GUARANTY INSURANCE COMPANY

Dear Counsel:

 Today the Multidistrict Litigation Panel granted the Motion for
Transfer and issued the enclosed opinion in the above-referenced case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
| | |